IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HUGHES and | : | |
| MELISSA HUGHES, ET AL. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-3822 |
| UNITED PARCEL SERVICE, INC., ET AL. | : | |

**O R D E R**

**AND NOW**, this  6th  day of March, 2015, upon consideration of the Motion to Dismiss Plaintiffs' First Amended Complaint filed by Defendant, International Brotherhood of Teamsters, Local 623 (ECF No. 11), and the Motion to Dismiss Plaintiffs' First Amended Complaint filed by Defendant, United Parcel Service, Inc. (ECF No. 16), and all papers submitted in support thereof and opposition thereto, it is **ORDERED** that

    A.    Defendants' Motions are **GRANTED.**

    B.    Plaintiffs' First Amended Complaint is **DISMISSED** with prejudice.

    C.    The Clerk of Courts is directed to mark this case closed.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**